**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Oscar ORNELAS–PORTOS,**
**Defendant–Appellant.**

**No. 09–41162**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 19, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Oscar Ornelas–Portos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ornelas–Portos has filed a response and a motion to unseal part of the record. Ornelas–Portos's motion is DENIED.

Our independent review of the record, the response, and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.